✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION      ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 2:15-cv-07028-MWF-E     **DATE FILED** 9/4/2015 | U.S. District Court, Central District of California, Western Division<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Alexander L. Wild d/b/a Alex Wild Photography | ABF Chemical Exterminators, Inc. |

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 699-806 | Alexander Wild photographs, 2003-2006 (1) | Alexander L. Wild |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY     ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  Voluntary  Dismissal<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☒ No | DATE RENDERED<br>4/20/2016 |
|---|---|---|
| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>Cheryl Wynn | DATE<br>4/21/2016 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Mathew K. Higbee, Esq. SBN 241380
Naomi M. Sarega, Esq. SBN 306967
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. WILD d/b/a ALEX WILD PHOTOGRAPHY,<br><br>                              Plaintiff,<br><br>v.<br><br>ABF CHEMICAL EXTERMINATORS, INC.,<br>                              Defendant. | Case No. 2:15-CV-07028-MWF-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Alexander L. Wild d/b/a Alex Wild Photography ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action *without prejudice*.

Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Therefore, this matter may be dismissed without an Order of the Court.

//

//

NOTICE OF DISMISSAL

1

//

Dated: April 20, 2016                    Respectfully submitted,


**/s/ Mathew K. Higbee\_\_\_\_**
Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

## **PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On April 20, 2016, I caused to be served the following document:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

ABF CHEMICAL EXTERMINATORS, INC.
8504 Firestone Blvd., Suite 183
Downey, CA 90241

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

    I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 9, 2016, at Santa Ana, California.

                    **/s/ Mathew K. Higbee**
                    Mathew K. Higbee